```
                                          FILED
                                      08 AUG 20 PM 4:33
                                     CLERK, U.S. DISTRICT COURT
                                   SOUTHERN DISTRICT OF CALIFORNIA

                                    BY:              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 2784 WQH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) |
| v. | ) NOTICE OF RELATED CASE |
| MELVIN LUE-LOPEZ, | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Melvin Lue-Lopez</u>, Criminal Case No. 08CR2083WQH.

DATED: August 20, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney